CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MONTGOMERY
STATE OF INDIANA
COURTHOUSE, 100 EAST MAIN STREET
CRAWFORDSVILLE, INDIANA 47933
TELEPHONE 765 364-6430



RECEIVED DEC 11 2012 CMS-V-ORA

JOYCE J. MISNER

Plaintiff(s)

VS.

54C01 1212 CT 001036

LAFAYETTE EMERGENCY CARE, LLC,
et al

No. _____

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **The Centers for Medicare & Medicaid Services, 233 N. Michigan Ave., Suite 600, Chicago, IL 60601**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: DEC - 3 2012

Jennifer Bentley
Clerk Montgomery Circuit Ct.

_____
CLERK, MONTGOMERY CIRCUIT/SUPERIOR COURTS

JOHN M. DECASTRO, #21592-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 S. FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGEMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____, 2012__.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

☒  By certified or registered mail with return receipt to above address.

☐  By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐  By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐  By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: _____
ATTORNEY FOR PLAINTIFF

-2-

_____
JUDGE, MONTGOMERY COURT

DISTRIBUTE COPIES TO:

John M. DeCastro
Ken Nunn Law Office
104 S. Franklin Road
Bloomington, IN 47404

Lafayette Emergency Care LLC
7219 Solution Center
Chicago, IL 60677

St. Vincent Hospital
2001 W. 86th Street
Indianapolis, IN 46260

St. Clare Medical Center
1710 Lafayette Road
Crawfordsville, IN 47933

Lane House Inc.
1000 Lane Avenue
Crawfordsville, IN 47933

St. Vincent Emergency Physicians
4685 Reliable Parkway
Chicago, IL 60686

Northwest Radiology Network
5901 Technology Center Drive
Indianapolis, IN 46278

Ortho Indy
PO Box 6284
Indianapolis, IN 46206

James M. Pearce, M.D.
P.O. Box 6280 Dept. 0032
Indianapolis, IN 46206

Lafayette Anesthesiologists
30 Professional Ct., Suite 2
Lafayette, IN 47905

Illinois Farmers Insurance Company
Registered Agent
c/o Dave Colbourn
9505 Delegates Row
Indianapolis, IN 46204

Medicare - Baltimore
Dept of Health and Human Services
7500 Security Blvd
Baltimore, MD 21244-1850

Mutual of Omaha Companies
Mutual of Omaha Plaza
3316 Farnam St.
Omaha, NE 68175

Rural Metro Ambulance Service
Dept. 8157
Carol Stream, IL 60122-0001

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE MONTGOMERY | COURT |
| | ) SS: | | |
| COUNTY OF MONTGOMERY | ) | CAUSE NO. | |

**54C0112 12CT001036**

JOYCE J. MISNER

VS.

LAFAYETTE EMERGENCY CARE, LLC,
ST. VINCENT HOSPITAL, ST. CLARE
MEDICAL CENTER, LANE HOUSE, INC.,
ST. VINCENT EMERGENCY PHYSICIANS,
NORTHWEST RADIOLOGY NETWORK,
ORTHO INDY, DR. JAMES PEARCE,
LAFAYETTE ANESTHESIA, ILLINOIS FARMERS
INSURANCE GROUP, MEDICARE,
MUTUAL OF OMAHA, and RURAL METRO
AMBULANCE SERVICE



FILED DEC - 3 2012
Jennifer Bentley
Clerk Montgomery Circuit Ct.

## COMPLAINT IN INTERPLEADER ACTION

Comes now the plaintiff, Joyce J. Misner, by counsel, Ken Nunn Law Office, and for cause of action against the above-named defendants, states:

1. That on or about April 20, 2012, Tamara L. Hemmerlein, negligently drove her vehicle, causing a collision with a vehicle driven by plaintiff, Joyce J. Misner, in Crawfordsville, Montgomery County, Indiana.

2. As a direct and proximate result of the negligence of Tamara L. Hemmerlein, Joyce J. Misner received serious injuries.

3. On April 20, 2012, Tamara L. Hemmerlein was insured by Selective Insurance.

4. On April 20, 2012, Selective Insurance had in full force and effect a policy of automobile liability insurance providing insurance coverage on the motor vehicle driven by Tamara L. Hemmerlein.

5. That on April 20, 2012, Joyce J. Misner had no other insurance coverage which would provide payments for her injuries and medical expenses as a result of the collision on April 20, 2012.

-2-

6. That Selective Insurance has offered $100,000.00 policy limits to the plaintiff pursuant to Tamara L. Hemmerlein's insurance policy.

7. That after payment of attorney's fees and attorney's expenses, there is a net balance to plaintiff of $66,481.72.

8. That plaintiff has unpaid medical bills as a result of the above-described accident, same totaling in excess of $205,317.23.

9. The plaintiff claims the entire $66,481.72 for personal injuries and damages; plaintiff's damages exclusive of any medical bills, far exceed said $66,481.72.

10. The defendants listed as follows, claim the following amounts from said $66,481.72 for medical services rendered to plaintiff as a result of said accident:

| Provider | Amount |
| --- | --- |
| Lafayette Emergency Care, LLC | $ 959.00 |
| St. Vincent Hospital | $156,412.93 |
| St. Clare Medical Center | $ 15,054.17 |
| Lane House, Inc. | $ 17,903.09 |
| St. Vincent Emergency Physician | $ 573.00 |
| Northwest Radiology Network | $ Unknown |
| Ortho Indy | $ Unknown |
| Dr. James Pearce | $ Unknown |
| Lafayette Anesthesia | $ Unknown |
| Illinois Farmers Insurance Group | $ 5,000.00 |
| Medicare | $ 8,456.32 |
| Mutual of Omaha | $ 958.73 |
| Rural Metro | $ Unknown |

11. Plaintiff would request this Court to enter an order as to the distribution of said $66,481.72 to all interested parties.

12. Plaintiff would request this Court to schedule a hearing in this cause to hear evidence to enable the Court to make a determination as to the distribution of said $66,481.72.

WHEREFORE, plaintiff prays the Court schedule this matter for hearing in order to determine the distribution of said $66,481.72, and for any and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY: _____
JOHN M. DECASTRO, #21592-49
ATTORNEY FOR PLAINTIFF



JOHN M. DECASTRO, #21592-49
KEN NUNN LAW OFFICE
104 S. FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: 812 332-9451
FAX: 812 331-5321
ATTORNEY FOR PLAINTIFF

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE MONTGOMERY | COURT |
| | ) SS: | | |
| COUNTY OF MONTGOMERY | ) | CAUSE NO. | |

JOYCE J. MISNER

54C01 1212 CT 001036

VS.

LAFAYETTE EMERGENCY CARE, LLC,
ST. VINCENT HOSPITAL, ST. CLARE
MEDICAL CENTER, LANE HOUSE, INC.,
ST. VINCENT EMERGENCY PHYSICIANS,
NORTHWEST RADIOLOGY NETWORK,
ORTHO INDY, DR. JAMES PEARCE,
LAFAYETTE ANESTHESIA, ILLINOIS
FARMERS INSURANCE GROUP, MEDICARE,
MUTUAL OF OMAHA, and RURAL METRO
AMBULANCE SERVICE



FILED DEC 4 2012
Jennifer Bentley
Clerk Montgomery Circuit Ct

## ORDER ON INTERPLEADER COMPLAINT
## AND NOTICE OF HEARING

Comes now the plaintiff and files Complaint in Interpleader Action.

And the Court having considered said Complaint and being duly advised in the premises, now issues its order as follows:

1. That the plaintiff and the named defendants are hereby ordered to appear before this Court on the ___14___ day of __February__, 2012, at __1:00__ __P__.m., for purposes of presenting arguments and evidence as to all claims being made against said $66,481.72.

ALL OF WHICH IS ORDERED THIS __3__ DAY OF __December__, 2012.